## ELECTRONIC RECORD

COA # 13-13-00128-CR          OFFENSE: 22.01

STYLE: GARY PARKER v. THE STATE OF TEXAS          COUNTY: Nueces

COA DISPOSITION: AFFIRMED          TRIAL COURT: 148th District Court

DATE: 11/13/14          Publish: NO          TC CASE #: 12-CR-2371-E (S2)

## IN THE COURT OF CRIMINAL APPEALS

STYLE: GARY PARKER v. THE STATE OF TEXAS          CCA #: 1652-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 02/25/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____